# United States Court of Appeals
## For the First Circuit

No. 26-1568

IN RE: MOTION TO QUASH ADMINISTRATIVE SUBPOENA TO RHODE ISLAND HOSPITAL,

UNITED STATES,

Respondent - Appellant,

v.

CHILD ADVOCATE FOR THE STATE OF RHODE ISLAND,

Petitioner - Appellee,

RHODE ISLAND HOSPITAL,

Intervenor - Appellee.

**ORDER OF COURT**

Entered: June 4, 2026

   This matter is before the court on a motion to expedite. The motion is resolved as follows: the opening brief shall be filed by June 17, 2026; the response brief shall be filed by July 17, 2026; any reply brief shall be filed within 14 days of service of the response brief. Oral argument, to the extent ultimately deemed necessary, will be scheduled as soon as practicable after the completion of briefing.

        By the Court:

        Anastasia Dubrovsky, Clerk

cc:
Ross S. Goldstein, Lauren S. Zurier, Kevin M. Bolan, Brantley Mayers, Lynette J. Labinger, Miriam Weizenbaum, Paul R.Q. Wolfson, Amy Retsinas Romero, Pooja Boisture, Kevin Love Hubbard, Robin F. Thurston, Sarah Rice, Kathryn Gradowski, Gil Alan Bianchi, Jr., Karen Lee Loewy, Sonja Linnea Deyoe, Omar Gonzalez-Pagan, A.D. Sean Lewis, Adam Cambier, Allyson T. Slater, William M. Tong, Nicholas W. Brown, Stacey P. Nakasian, Kathryn M. Barber, Eric Olshan, Erin L. Brown