CLERK'S OFFICE
UNITED STATES COURT OF
JOHN JOSEPH MOAKLEY U.S. CO
1 COURTHOUSE WAY, SUITE
BOSTON, MA 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 JUN -9 A 11:00

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

26-1568
Case Opening
5/18/26

For the F

No. 26-1568

Shannon Minter
National Center For Lesbian Rights
1325 Massachusetts Ave NW
Suite 700
Washington, DC 20005

REFUSED

NIXIE        274    40    18CU        0206/04/26

RETURN TO SENDER

USMS
Screened

FIRST-CLASS



US POSTAGE
ZIP 02210
02 7W
0000803636369MAY 18 2026
$001.90