# United States Court of Appeals
## For the First Circuit

No. 26-1568

IN RE: MOTION TO QUASH ADMINISTRATIVE SUBPOENA TO RHODE ISLAND HOSPITAL,

CHILD ADVOCATE FOR THE STATE OF RHODE ISLAND,

Petitioner - Appellee,

RHODE ISLAND HOSPITAL,

Intervenor - Appellee,

v.

UNITED STATES,

Respondent - Appellant.

**ORDER OF COURT**

Entered: July 31, 2026
Pursuant to 1st Cir. R. 27.0(d)

The motion of the Public Health and Health Law Scholars for leave to file an amicus curiae brief in support of the Appellees and affirmance is granted. The brief is accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ross S. Goldstein, Lauren S. Zurier, Brett Allen Shumate, Kevin M. Bolan, Bradley Hinshelwood, Brantley Mayers, Lynette J. Labinger, Miriam Weizenbaum, Paul R.Q. Wolfson, Amy Retsinas Romero, Pooja Boisture, Gregory Martin Cumming, Kevin Love Hubbard, Robin F. Thurston, Pablo Moraga, Peter F. Neronha, Allyson T. Slater, Sarah Rice, Kathryn Gradowski, Gil Alan Bianchi, Jr., Karen Lee Loewy, Jessica Polansky, Sonja Linnea Deyoe, Omar Gonzalez-Pagan, A.D. Sean Lewis, Adam Cambier, William M. Tong, Nicholas W. Brown, Stacey P. Nakasian, Kathryn M. Barber, Eric Olshan, Erin L. Brown, James Hornsby, Alice Yao, Kevin M. Costello, Rachel Leah Zacharias, Zeinab Bakhiet, Eric M. Gold, Austin Paganelli Anderson