# United States Court of Appeals
## For the First Circuit

No. 26-1568

IN RE: MOTION TO QUASH ADMINISTRATIVE SUBPOENA TO RHODE ISLAND HOSPITAL,

CHILD ADVOCATE FOR THE STATE OF RHODE ISLAND,

Petitioner - Appellee,

RHODE ISLAND HOSPITAL,

Intervenor - Appellee,

v.

UNITED STATES,

Respondent - Appellant.

**CALENDARING NOTICE**

Issued: August 26, 2026

This case is presently scheduled to be called for oral argument on **Wednesday, October 7, 2026, at 9:30 a.m. in Boston, MA** in the En Banc Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument.

Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Austin Paganelli Anderson
Zeinab Bakhiet
Kathryn M. Barber
Gil Alan Bianchi Jr.
Pooja Boisture
Kevin M. Bolan
Erin L. Brown
Nicholas W. Brown
Adam Cambier
Morgan Blair Carmen
Kevin M. Costello
Gregory Martin Cumming
Sonja Linnea Deyoe
Eric M. Gold
Ross S. Goldstein
Omar Gonzalez-Pagan

Kathryn Gradowski
Bradley Hinshelwood
James Hornsby
Kevin Love Hubbard
Lynette J. Labinger
A.D. Sean Lewis
Karen Lee Loewy
Brantley Mayers
Nina Monfredo
Pablo Moraga
Stacey P. Nakasian
Peter F. Neronha
Eric Olshan
Jessica Polansky
Sarah Rice
Amy Retsinas Romero
Brett Allen Shumate
Allyson T. Slater
Robin F. Thurston
William M. Tong
Miriam Weizenbaum
Paul R.Q. Wolfson
Alice Yao
Rachel Leah Zacharias
Lauren S. Zurier