# United States Court of Appeals
## For the First Circuit

No. 26-1568

IN RE: MOTION TO QUASH ADMINISTRATIVE SUBPOENA TO RHODE ISLAND HOSPITAL,

CHILD ADVOCATE FOR THE STATE OF RHODE ISLAND,

Petitioner - Appellee,

RHODE ISLAND HOSPITAL,

Intervenor - Appellee,

v.

UNITED STATES,

Respondent - Appellant.

**ORDER OF COURT**

Entered: September 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Sarah Welch's motion for leave to enter an appearance on behalf of Appellant United States is granted. Attorney Welch's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Ross S. Goldstein, Lauren S. Zurier, Brett Allen Shumate, Kevin M. Bolan, Bradley Hinshelwood, Sarah Welch, Brantley Mayers, Lynette J. Labinger, Miriam Weizenbaum, Paul R.Q. Wolfson, Amy Retsinas Romero, Pooja Boisture, Gregory Martin Cumming, Kevin Love Hubbard, Robin F. Thurston, Pablo Moraga, Peter F. Neronha, Allyson T. Slater, Sarah Rice, Kathryn Gradowski, Gil Alan Bianchi, Jr., Nina Monfredo, Karen Lee Loewy, Jessica Polansky, Sonja Linnea Deyoe, Omar Gonzalez-Pagan, A.D. Sean Lewis, Adam Cambier, Morgan Blair Carmen, William M. Tong, Nicholas W. Brown, Stacey P. Nakasian, Kathryn M. Barber, Eric Olshan, Erin L. Brown, James Hornsby, Alice Yao, Kevin M. Costello, Rachel Leah Zacharias, Zeinab Bakhiet, Eric M. Gold, Austin Paganelli Anderson